

**LOWENSTEIN
Sandler**
ATTORNEYS AT LAW

S. Jason Teele
Counsel
Tel  973 597 2346
Fax 973 597 2347

steele@lowenstein.com

May 6, 2008

Clerk
United States District Court for the District of Delaware
844 N. King Street
Wilmington, DE 19801



Re:  **Smidth & Co.**
     **08-MC-00088-UNA** - GMS
     **REQUEST FOR EXPEDITED HEARING**

Dear Sir or Madam:

We represent Smidth & Co. in the above-referenced miscellaneous proceeding and the chapter 11 bankruptcy proceeding captioned *In re Smidth & Co.* that is pending in the United States Bankruptcy Court of the District of Delaware as Case No. 08-10516 (KG). On April 25, 2008, we commenced the miscellaneous proceeding in this Court by filing a motion to transfer pending litigation involving personal injury claims against Smidth & Co. pursuant to 28 U.S.C. §157(b)(5) (the "Motion").

We respectfully request that the foregoing motion be assigned to a judge and scheduled for hearing at the Court's earliest possible convenience. As set forth in the Motion, an expedited hearing is necessary given that the two cases which Smidth & Co. seeks to transfer to this Court are scheduled for trial shortly in the Supreme Court of California. Accordingly, the Motion must be adjudicated prior to the scheduled trial dates in the two California actions.

Should you require additional information or have any questions about this matter, please do not hesitate to have a member of the Court's staff contact the undersigned.

Respectfully submitted,

*Jason Teele*

S. Jason Teele

SJT:cbs

16352/6
05/07/08 6563238.1

cc:  Christopher P. Simon, Esq.
     Michael S. Etkin, Esq.

Lowenstein Sandler PC                                                www.lowenstein.com

Reply:  65 Livingston Avenue  Roseland, New Jersey 07068  Tel 973 597 2500  Fax 973 597 2400
        1251 Avenue of the Americas  New York, New York 10020  Tel 212 262 6700  Fax 212 262 7402



Clerk
United States District Court for the District of Delaware
844 N. King Street
Wilmington, DE 19801