IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>SMIDTH & CO.,<br><br>Debtor. | Chapter 11<br>Bankruptcy Case No. 08-10516 (KG)<br><br>District Court Misc. Docket No.:<br>1:08-mc-00088-GMS |

### NOTICE OF WITHDRAWAL OF DEBTOR'S MOTION TO TRANSFER PENDING LITIGATION INVOLVING PERSONAL INJURY CLAIMS PURSUANT TO 28 U.S.C. § 157(b)(5)

**PLEASE TAKE NOTICE** that on April 25, 2008, Smidth & Co. (the "Debtor") filed a Motion To Transfer Pending Litigation Involving Personal Injury Claims Pursuant To 28 U.S.C. § 157(b)(5) (the "Motion") [D.I. 1]. Pursuant to the Motion, the Debtor sought to transfer the venue of the following two actions pending in the Superior Court of California (the "California Court"): *Bernard Smith and Alberta Smith v. Allis Chalmers Corporation Product Liability Trust, et al.*, Case No. BC374045 (the "Smith Action") and *Richard Dyhrman and Patricia Dyhrman v. A.W. Chesterton Company, et al.*, Case No. RG07 355398 (the "Dyhrman Action").

**PLEASE TAKE FURTHER NOTICE** that on May 6, 2008, the plaintiffs in the Dyhrman Action agreed to dismiss the complaint with prejudice as to the Debtor and agreed not to assert a claim in the Debtor's pending chapter 11 bankruptcy proceeding. On May 7, 2008, the plaintiffs in the Dyhrman Action caused a notice of dismissal with prejudice to be filed with the California Court. On May 9, 2008, the Debtor filed in this Court a Notice of Partial Withdrawal of the Motion solely as to the Dyhrman Action [D.I. 4].

**PLEASE TAKE FURTHER NOTICE** that on May 16, 2008, the plaintiff in the Smith Action agreed to dismiss the complaint with prejudice as to the Debtor and agreed

not to assert a claim in the Debtor's pending chapter 11 bankruptcy proceeding. On May 19, 2008, the plaintiff in the Smith Action caused a notice of dismissal with prejudice to be filed with the California Court.

**PLEASE TAKE FURTHER NOTICE**, that as a result of the dismissal with prejudice of both the Dyhrman Action and the Smith Action as to the Debtor, and the related agreements by the plaintiffs in such actions not to assert a claim in the Debtor's pending chapter 11 bankruptcy proceeding, the Debtor hereby withdraws the Motion in its entirety.

Dated: May 21, 2008
       Wilmington, Delaware

**CROSS & SIMON, LLC**

/s/ *Christopher P. Simon*
Christopher P. Simon, Esq. (Bar No. 3697)
Kevin S. Mann, Esq. (Bar No. 4576)
913 North Market Street, 11th Floor
P.O. Box 1380
Wilmington, Delaware 19899-1380
Tel: (302) 777-4200
Fax: (302) 777-4224

-and-

**LOWENSTEIN SANDLER PC**
Michael S. Etkin, Esq.
S. Jason Teele, Esq.
65 Livingston Avenue
Roseland, New Jersey 07068
Tel: (973) 597-2500
Fax: (973) 597-2400

*Co-Counsel to Smidth & Co.*

## CERTIFICATE OF SERVICE

I, Christopher P. Simon, hereby certify that on this 21st day of May, 2008, I caused copies of the *Notice of Withdrawal of Debtor's Motion to Transfer Pending Litigation Involving Personal Injury Claims Pursuant to 28 U.S.C. § 157(b)(5)* to be served on the parties on the attached list by U.S. Mail or otherwise indicated.

/s/ *Christopher P. Simon*
Christopher P. Simon (No. 3697)

**VIA HAND DELIVERY**
David Klauder, Esquire
*U.S. Trustee*
Office of the United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899-0035

---

Delaware Division of Revenue
Attn: Bankruptcy Administrator
820 N. French Street - 8th Floor
Wilmington, DE 19801

NJ Dept of Environmental Protection
Attn: Nadine Drake
401 E. State St.
7th Floor, East Wing
Trenton, NJ 08625

Smith, Bernard & Alberta
c/o Simon, Eddins & Greenstone, LLP
Attn: Jennifer L. Burtlett, Esq.
301 E. Ocean Blvd. Suite 1950
Long Beach, CA 90802

John Shaffery
Charles W, Jenkins
B. Christine Park
Poole & Shaffery
445 S. Figueroa Street, Suite 2520
Los Angeles, CA 90071

David M. Glaspy
Brian S. O'Mailey
Law Offices of Glaspy & Glaspy, Inc
100 Pringle Avenue, Suite 750
Walnut Creek, California 94596

Eugene Brown, Jr.
Amee A. Milcacich
Filice Brown Eassa & McLeod LLP
1999 Harrison Street, 18th Floor
Oakland, CA 94612

David T Biderman
Brien K McMahon
Perkins Coie LLP
620 26th Street
6th Floor, South Tower
Santa Monica, CA 90404

Michael J. Pietrykoski
Gordon & Rees
275 Battery Street, Suite 2000
San Francisco, CA 94111

Stephen M. Nichols
Heather L. Nicoletti
Julia C, Martinesco
Walsworth, Franklin, Bevins & McCall, LLP
1 City Blvd West, 5th Floor
Orange, CA 92868

Steven B. Knott
Guy P. Glazier
Knott & Glazier
601 South Figueroa Street, Suite 4200
Los Angeles, CA 90017

Steven M. Mitchel
Booth, Mitchel & Strange LLP
707 Wilshire Blvd., Suite 4450
Los Angeles, CA 90017-3617

Gabriel A. Jackson
C.J. Manoli
Jackson & Wallace LLP
55 Francisco Street, 6th Floor
San Francisco, CA 94133

Mark D. Sayre
Jackson & Wallace LLP
14724 Ventura Blvd., Suite 1210
Sherman Oaks, California 91403

Peter A. Dubrawski
Samuel O Follis
Haight Brown & Bonesteel LLP
6080 Center Drive, Suite 800
Los Angeles, CA 90045

William S. Sayers
Farah S. Nicol
Margaret Johnson
McKenna Long & Aldridge LLP
444 South Flower Street, 8th Floor
Los Angeles, California 90071-2901

Ron C. Eddins
Jennifer L. Bartlett
Robert A. Green
Simon Eddins & Greenstone, LLP
301 E. Ocean Blvd., Suite 1950
Long Beach, California 90802